# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES GORDON MEEK<br><br>*Defendant(s)* | Case No. 1:23-MJ-32<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 28, 2020__ in the city/county of __Fairfax__
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252(a)(1). | Transportation of child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Zoe Bedell
*Printed name and title*

*Complainant's signature*

FBI Special Agent Tonya Sturgill Griffith
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 01/31/2023

Lindsey Vaala
*Digitally signed by Lindsey Vaala*
*Date: 2023.01.31 15:05:41 -05'00'*
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable Lindsey R., Vaala, U.S. Magistrate Judge
*Printed name and title*