UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Case No. 1:23-mj-32 <br> ) |
| JAMES GORDON MEEK | ) <br> ) |
| *Defendant.* | ) <br> ) |

## ORDER

This matter came before the Court for a detention hearing pursuant to 18 U.S.C § 3142. The Defendant is charged in a Criminal Complaint with one count of transporting child pornography in violation of 18 U.S.C. § 2252(a)(1). At the hearing, the Government and counsel for Defendant each presented testimony, evidence, and argument regarding the issue of detention. Upon consideration of all testimony, evidence, and argument presented, and a thorough review of the underlying record, and for the reasons stated during the hearing, the undersigned entered an order setting numerous conditions of release and ordered the Defendant detained pending completion of all conditions. (Dkt. No. 16). At the conclusion of the hearing, the undersigned granted the Government's request to stay the Order Setting Conditions of Release pending the Government's appeal. The Government has now filed a notice of appeal. (Dkt. No. 15). Accordingly, it is hereby

**ORDERED** that the Order Setting Conditions of Release (Dkt. No. 16) is stayed pending the Government's appeal to a United States District Judge.

**ENTERED** this 2nd day of February, 2023.

Alexandria, Virginia

/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge