UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:23-mj-32 |
| | ) |
| JAMES GORDON MEEK | ) |
| | ) |
| *Defendant*. | ) |

**ORDER**

This matter comes before the Court on Defendant's sealed Emergency Motion relating to certain confidential health information and medications (Dkt. No. 20). The Court understands that the circumstances underlying the Emergency Motion have been resolved.

Accordingly, it is hereby

**ORDERED** that the Defendant's sealed Emergency Motion is **DENIED AS MOOT**.

**ENTERED** this 3rd day of February, 2023.

/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia