IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-mj-32 (LRV/RDA) |
| | ) |
| JAMES GORDON MEEK | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the government's Motion to Revoke the Release Order. Dkt. 26. Having considered the Motion (Dkt. 26), Defendant's Opposition (Dkt. 27), the record before Magistrate Vaala, and the evidence and arguments presented at the February 6, 2023 hearing, and for the reasons stated on the record at the February 6, 2023 hearing, it is ORDERED that the government's motion is GRANTED; and it is

FURTHER ORDERED that Magistrate Judge Vaala's Order Setting Conditions of Release (Dkt. 16) is hereby revoked; and it is

FURTHER ORDERED that Defendant James Gordon Meek shall be detained pending trial.

It is SO ORDERED.

Alexandria, Virginia
February, 6 2023

/s/
Rossie D. Alston, Jr.
United States District Judge