## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed**: 02/10/23 ✓ First NOA in Case ___ Subsequent NOA-same party ___ Subsequent NOA-new party ___ Subsequent NOA-cross appeal ___ Paper ROA ___ Paper Supp. Vols: _____ Other: _____ | **District:** EDVA **Division:** Alexandria **Caption:** USA v. James Gordon Meek | **District Case No.:** 1:23-mj-32 **4CCA No(s). for any prior NOA:** **4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ✓ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case: ___ Death row-use DP Transmittal ___ Recalcitrant witness ✓ In custody ___ On bond ___ On probation **Defendant Address**-Criminal Case: | **Fee Status:** ___ No fee required (USA appeal) ✓ Appeal fees paid in full ___ Fee not paid **Criminal Cases:** ___ District court granted & did not revoke CJA status (continues on appeal) ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) ✓ District court never granted CJA status (must pay fee or apply to 4CCA) **Civil, Habeas & 2255 Cases:** ___ Court granted & did not revoke IFP status (continues on appeal) ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** Lindsey R. Vaala | **PLRA Cases:** ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): FTR Tonia Harris **Coordinator**: Judith Lanham | **Sealed Status** (check all that apply): ✓ Portions of record under seal ___ Entire record under seal ___ Party names under seal ___ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request | ✓ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ✓ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: 2/10/2023          Phone: 703-299-2101          Date: 02/10/23

10/2022